STATE v. SMITH

No. 516P90

Case below: 100 N.C.App. 331

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

STATE v. THEIS

No. 294P90

Case below: 98 N.C.App. 700

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 November 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

STATE v. TORRES

No. 316A90

Case below: 99 N.C.App. 364

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 5 December 1990 limited to review of questions of whether the trial court erred in finding the aggravating factor that the victim was mentally infirm and in failing to find the mitigating factors of "mental condition" and "extenuating relationships." Petition by defendant for writ of supersedeas allowed 5 December 1990.

STATE v. WHITTED

No. 358P90

Case below: 99 N.C.App. 502

Temporary stay dissolved 10 October 1990.